LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
LESLEY E. WEAVER (191305)
ELIZABETH A. ACEVEDO (227347)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
   – and –
WILLIAM S. LERACH (68581)
TOR GRONBORG (179109)
401 B Street, Suite 1600
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re NASSDA CORPORATION SECURITIES LITIGATION | Master File No. C-04-2942-SI |
| | CLASS ACTION |
| This Document Relates To: | [PROPOSED] ORDER APPROVING PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS |
| ALL ACTIONS. | |
| | DATE: June 22, 2005<br>TIME: 4:00 p.m.<br>COURTROOM: The Honorable Susan Illston |

1     This matter having come before the Court on plaintiffs' motion for approval of the Plan of Allocation of settlement proceeds in the above-captioned action; the Court having considered all papers filed and proceedings had herein; and otherwise being fully informed in the premises;

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

    1.     For purposes of this Order, the terms used herein shall have the meanings set forth in the Stipulation of Settlement dated as of January 20, 2005 ("Stipulation").

    2.     Pursuant to and in compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to all Persons and entities who are Settlement Class Members, advising them of the Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to all Persons and entities who are Settlement Class Members to be heard with respect to the Plan of Allocation.

    3.     The Court hereby finds and concludes that the formula for the calculation of the claims of Authorized Claimants which is set forth in the Memorandum in Support of Motion for Final Approval of Settlement and Plan of Allocation of Settlement Proceeds and in the Notice of Pendency and Settlement of Class Action ("Notice") sent to Settlement Class Members provides a fair and reasonable basis upon which to allocate the proceeds of the Settlement Fund established by the Stipulation among Settlement Class Members, with due consideration having been given to administrative convenience and necessity. This Court hereby finds and concludes that the Plan of Allocation set forth in the Notice is, in all respects, fair, reasonable and adequate and the Court hereby approves the Plan of Allocation.

    IT IS SO ORDERED.

DATED:_____



_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER APPROVING PLAN OF ALLOCATION OF
SETTLEMENT PROCEEDS - C-04-2942-SI     - 1 -

Submitted by:

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
LESLEY E. WEAVER
ELIZABETH A. ACEVEDO
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
TOR GRONBORG
JEFFREY D. LIGHT

_____
         JEFFREY D. LIGHT

401 B Street, Suite 1600
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

S:\Settlement\Nassda.Set\ORD ALLOC 00021765.doc

[PROPOSED] ORDER APPROVING PLAN OF ALLOCATION OF
SETTLEMENT PROCEEDS - C-04-2942-SI

- 2 -

DECLARATION OF SERVICE BY MAIL
PURSUANT TO NORTHERN DISTRICT LOCAL RULE 23-2(c)(2)

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 401 B Street, Suite 1600, San Diego, California 92101.

2. That on June 13, 2005, declarant served by UPS, next day delivery, the **[PROPOSED] ORDER APPROVING PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS** to the parties listed on the attached Service List and that this document was forwarded to the following designated Internet site at:

http://securities.lerachlaw.com/

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of June, 2005, at San Diego, California.

ADRIANA DEL CARMEN

NASSDA (LEAD)
Service List - 6/9/2005   (04-0235)
Page 1 of 1

### Counsel For Defendant(s)

Douglas J. Clark
Peri B. Nielsen
Kelley E. Moohr
Wilson Sonsini Goodrich & Rosati, P.C.
650 Page Mill Road
Palo Alto, CA  94304-1050
   650/493-9300
   650/493-6811(Fax)

### Counsel For Plaintiff(s)

| | |
|---|---|
| William S. Lerach<br>Tor Gronborg<br>Lerach Coughlin Stoia Geller Rudman & Robbins LLP<br>401 B Street, Suite 1600<br>San Diego, CA  92101-4297<br>   619/231-1058<br>   619/231-7423(Fax) | Lesley E. Weaver<br>Elizabeth A. Acevedo<br>Lerach Coughlin Stoia Geller Rudman & Robbins LLP<br>100 Pine Street, Suite 2600<br>San Francisco, CA  94111-5238<br>   415/288-4545<br>   415/288-4534(Fax) |