| | |
|---|---|
| 1 | LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP |
| 2 | LESLEY E. WEAVER (191305)<br>ELIZABETH A. ACEVEDO (227347) |
| 3 | 100 Pine Street, Suite 2600<br>San Francisco, CA 94111 |
| 4 | Telephone: 415/288-4545<br>415/288-4534 (fax) |
| 5 |   – and –<br>WILLIAM S. LERACH (68581) |
| 6 | TOR GRONBORG (179109)<br>655 West Broadway, Suite 1900 |
| 7 | San Diego, CA 92101<br>Telephone: 619/231-1058 |
| 8 | 619/231-7423 (fax) |
| 9 | Lead Counsel for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re NASSDA CORPORATION SECURITIES LITIGATION ) ) ) | Master File No. C-04-2942-SI |
| | CLASS ACTION |
| This Document Relates To: ) ) | [PROPOSED] ORDER REGARDING SETTLEMENT FUNDS |
| ALL ACTIONS. ) ) | |

1    In accordance with Lead Plaintiff's October 19, 2005 correspondence and the Declaration of
2 Lead Plaintiff NECA-IBEW Pension Fund, the Court is apprised that Lead Plaintiff has returned the
3 Court Ordered reimbursement of legal costs/expenses to the escrow agent so that it can be distributed
4 to the Class. No further action need be taken.

5    \*   \*   \*

6    **O R D E R**

7    IT IS SO ORDERED.

8 DATED: _____ _____
9    THE HONORABLE SUSAN J. ILLSTON
    UNITED STATES DISTRICT JUDGE



11 S:\CasesSD\NASSDA\ORD00025361.doc

[PROPOSED] ORDER REGARDING SETTLEMENT FUNDS - C-04-2942-SI   - 1 -